UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO AYALA-SOTELO, et al.<br><br>Defendants. | Case No. 1:16-CR-35-BLW<br><br>MEMORANDUM DECISION AND ORDER |

On August 1, 2016, the defendant Sergio Ayala-Sotelo filed a signed plea agreement. *See Plea Agreement (Dkt. No. 29).* His first plea hearing was held on August 30, 2016, but he did not enter a plea because he failed to understand the nature of the proceedings. *See Minute Entry (Dkt. No. 36).* Defense counsel was directed to provide the Chief Magistrate Judge with a competency evaluation. His second plea hearing was held on October 13, 2016, but once again he failed to enter a plea because his counsel stated that the defendant may have a concussion from an altercation at the jail and may be having competency issues. *See Minute Entry (Dkt. No. 47).* The defendant then filed a motion to continue the plea hearing, which was granted.

The third plea hearing was held on November 2, 2016, and the defendant again failed to enter a plea. The defendant stated that he wanted to plead straight up to all counts in the indictment and to withdraw from the plea agreement. *See Minute Entry (Dkt. No. 50).* The Government had no objection. *Id.* The Chief Magistrate Judge conducted a colloquy with the defendant and found that he not able to understand the

**Memorandum Decision & Order – page 1**

proceedings. *Id.* The Chief Magistrate Judge ordered counsel to file a status report with him no later than November 18, 2016, and reset the plea hearing for November 22, 2016.

The Court finds that the period of delay in this case has been due to questions surrounding the competency of the defendant to understand the plea process. Hence, the delay is excludable under 18 U.S.C. § 3161(h)(1)(A). In addition, a continuance of the plea process is necessary to prevent a miscarriage of justice. The defendant needs to have the time necessary to fully understand the plea process, and hence the delay is excludable under 18 U.S.C. § 3161(h)(7)(A). For these reasons, the Court finds that the entire period between the filing of the plea agreement on August 1, 2016, and the plea hearing now set for November 22, 2016, constitutes excludable time under the Speedy Trial Act because the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

## ORDER

Pursuant to the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the plea hearing for the defendant Ayala-Sotelo is set for **November 22, 2016, at 9:30 a.m.** in the Federal Courthouse in Boise, Idaho, before Chief Magistrate Judge Ronald E. Bush.

IT IS FURTHER ORDERED, that for the reasons expressed above, the entire period between the filing of the plea agreement on August 1, 2016, and the plea hearing now set for November 22, 2016, constitutes excludable time under the Speedy Trial Act.

**Memorandum Decision & Order – page 2**



DATED: November 4, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

**Memorandum Decision & Order – page 3**